ACCEPTED
03-14-00340-CV
4582072
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/20/2015 2:03:29 PM
JEFFREY D. KYLE
CLERK

MAYER·BROWN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/20/2015 2:03:29 PM
JEFFREY D. KYLE
Clerk

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Mike Sullivan**
Direct Tel +1 312 701 7251
Direct Fax +1 312 706 8689
msullivan@mayerbrown.com

March 20, 2015

VIA E-FILING

Jeffrey D. Kyle
Clerk of the Court
P.O. Box 12547
Austin, TX 78711-2547

Re: Court of Appeals No. 03-14-00340-CV
Trial Court Case No. D-1-GN-13-001238

*Appellants CPS Energy, Time Warner Cable Texas LLC, and
Southwestern Bell Telephone Company d/b/a AT&T/Cross-
Appellant, Public Utility Commission of Texas v. Appellee,
Public Utility Commission of Texas/Cross-Appellee, CPS
Energy, Time Warner Cable Texas LLC and Southwestern
Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

On behalf of Appellant/Cross-Appellee Southwestern Bell Telephone Company d/b/a AT&T
("AT&T"), I am writing in response to the Court's March 12, 2015 letter to advise the Court that
I will present oral argument on behalf of AT&T.

Very truly yours,

/s/ Michael T. Sullivan
Michael T. Sullivan

cc: Counsel of Record

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas rules of Appellate Procedure on this 20th day of March, 2015.

By:    /s/ Michael T. Sullivan
            Michael T. Sullivan

## LIST OF PARTIES

### PARTIES AND ATTORNEYS FOR
### Trial Court Case No. D-1-GN-13-001238 (Consolidated)
### Third Court of Appeals 03-13-00340-CV

| **Counsel for Public Utility Commission of Texas:** | **Counsel for CPS Energy:** |
|---|---|
| Douglas Fraser<br>Kellie E. Billings-Ray<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-02548<br>Phone: (512) 463-2012<br>Fax: (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>kellie.billings-ray@texasattorneygeneral.gov | Alfred R. Herrera<br>Felipe Alonso III<br>Sean Farrell<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax: (512) 474-2507<br>aherrera@herreraboylelaw.com<br>falonso@herreraboylelaw.com<br>sfarrell@herreraboylelaw.com |
| **Counsel for CPS Energy:** | **Counsel for AT&T Texas:** |
| Patricia Ann Garcia Escobedo<br>Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>paescobedo@cpsenergy.com<br>cdbrockmann@cpsenergy.com | Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, TX 78215<br>Phone: (210) 351-4830<br>Fax: (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com |

| Counsel for AT&T Texas: | Counsel for Time Warner Cable Texas LLC: |
|---|---|
| Joseph E. Cosgrove, Jr.<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>Phone: (512) 457-2304<br>Fax: (512) 870-3420<br>joseph.cosgrove.jr@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com | Valerie P. Kirk<br>Melissa Lorber<br>Enoch Kever PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, TX 78701<br>Phone: (512) 615-1200<br>Fax: (512) 615-1198<br>vkirk@enochkever.com<br>mlorber@enochkever.com |
| **Counsel for Time Warner Cable Texas LLC:**<br><br>J.D. Thomas<br>Paul A. Werner<br>Sheppard Mullin Richter & Hampton LLP<br>1300 I Street, N.W.<br>11th Floor East<br>Washington, DC 20005<br>Phone: (202) 218-0000<br>Fax: (202) 218-0020<br>dthomas@sheppardmullin.com<br>pwerner@sheppardmullin.com | |